# United States District Court

## Northern District of Illinois
### Eastern Division

BRUCE CASANOVA             **JUDGMENT IN A CIVIL CASE**

        v.                            Case Number: 06 C 4762

AMERICAN AIRLINES, INC.

- ■   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that: Enter verdict: "We, the jury, find for Bruce Casanova and against American Airlines on his claim of workers' compensation retaliation. Enter judgment on the verdict. Jury trial ends. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 5/16/2008

/s/ Carole Gainer, Deputy Clerk