IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bruce Casanova, | ) | Case No. 06C 4762 |
| Plaintiff, | ) | |
| v. | ) | Judge Ronald Guzman |
| | ) | Magistrate Judge Geraldine Soat Brown |
| American Airlines, Inc., | ) | |
| Defendant. | ) | |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER
OF LAW OR, IN THE ALTERNATIVE, FOR NEW TRIAL**

Defendant American Airlines, Inc. respectfully renews its motion for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure and the United States Supreme Court's decision in *Unitherm Food Sys., Inc. v. Swift-Eckrich, Inc.*, 546 U.S. 394 (2006). Alternatively, American moves for a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure. In support of its motion, American states as follows:

1. On May 27, 2008, this Court entered judgment.

2. Under Rule 50(b) of the Federal Rules of Civil Procedure, a party may move the Court for judgment as a matter of law within ten (10) days of the entry of judgment. Likewise, under Rule 59 of the Federal Rules of Civil Procedure, a party may seek a new trial, within ten (10) days of the entry of the judgment. Under the applicable rules the time to file such motion is June 10, 2008.

3. Defendant timely moves for this Court to reconsider its denial of its motion for judgment as a matter of law pursuant to Rules 50(b) and 59.

4. As set forth more fully in the accompanying Memorandum of Law, Defendant meets the criteria warranting judgment as a matter of law, or in the alternative, a new trial.

**WHEREFORE**, for the reasons stated herein and in the accompanying Memorandum of Law, Defendant respectfully moves this Court to enter an order granting Defendant's renewed motion for Judgment as a matter or law or, in the alternative, for a new trial, and for such other relief as it appropriate.

Respectfully submitted,

AMERICAN AIRLINES, INC.

By: _/s/Kimball R. Anderson__
      One of Its Attorneys

Kimball R. Anderson
Cheryl Tama Oblander
Sean Nash
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (p)
(312) 558-5700 (f)
kanderson@winston.com
ctama@winston.com
snash@winston.com

## **CERTIFICATE OF SERVICE**

        The undersigned, one of the attorneys for American Airlines, Inc., hereby certifies that a true and correct copy of the foregoing MOTION was served via electronic filing on June 10, 2008 to:

James T. Foley
The Foley Law Group
580 Oakmont Lane
Westmont, Illinois  60559
jfoley@foleylawgroup.com

Robert Drummond
5722 W. 63rd Street
Chicago, Illinois 60638
drummondlaw@comcast.net


                        /s/ Sean Nash
                          Sean Nash

**3**

CHI:2104907.2