| STATE OF ILLINOIS | ) | | Attorney No. 42539 |
|---|---|---|---|
| | ) | SS. | |
| COUNTY OF COOK | ) | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRUCE CASANOVA,

      Plaintiff,

vs.        No. 1:06-cv-04762

AMERICAN AIRLINES, INC.,        Honorable Ronald A. Guzman

      Defendant.

**NOTICE OF MOTION**

TO:    Kimball R. Anderson
         WINSTON & STRAWN, LLP
         35 West Wacker Drive
         Chicago, Illinois 60601

       Please take notice that on June 26, 2008 at 9:30 a.m. or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman in Room 1219, 219 South Dearborn, Chicago, Illinois, or such other judge as may be sitting in his stead, and shall then and there present Bruce Casanova's Motion to Set a Date Certain or to Dissolve Stay, a copy of which is hereby served upon you, at which time you may appear if you see fit.

       Respectfully submitted,

       The Drummond Law Firm


       s/Robert J. Drummond

The Drummond Law Firm
5722 West 63rd Street
Chicago, Illinois 60638
(773) 838-8100

s/ James T. Foley
James T. Foley
The Foley Law Group
580 Oakmont Lane
Westmont, Illinois 60559
(630) 908-3508
(630) 908-3509
jfoley@foleylawgroup.com

| STATE OF ILLINOIS | ) | | Attorney No. 42539 |
| --- | --- | --- | --- |
| | ) SS. | | |
| COUNTY OF COOK | ) | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| BRUCE CASANOVA, | |
| --- | --- |
| Plaintiff, | |
| vs. | No. 06 C 4762 |
| AMERICAN AIRLINES, INC., | Honorable Ronald A. Guzman |
| Defendant. | |

**MOTION TO SET A DATE CERTAIN OR TO DISSOLVE STAY**

Now Comes the Plaintiff, Bruce Casanova, by and through his attorneys, James T. Foley and Robert J. Drummond, and move this Honorable Court to set a date certain for the filing of a Supersedeas Bond in the amount of $1,109,197.40 with the Clerk of the Court, or to dissolve the stay of enforcement of the judgment, and in support thereof, states as follows:

1. On June 12, 2008 American Airlines, Inc. presented its motion to stay execution of the judgment, which the Court ruled would be granted upon the posting of a bond as recited in open Court.

2. On June 17, 2008 the Court entered a more specific order at the request of American Airlines setting the bond at $1,109,197.40.

3. As of the filing of this motion no bond has been posted, the price of oil has been unpredictable, and this has had a negative impact on the aviation industry, and American Airlines, Inc.

4. The Plaintiff will withdraw this Motion if bond is posted prior to its presentation.

5. In the event that bond is not posted, or cannot be posted in the immediate future, the Plaintiff wishes to dissolve any stay, and execute on the judgment.

Wherefore, the Plaintiff moves this Honorable Court for the entry of an Order requiring a date certain for the posting of the bond, and an Order automatically dissolving any stay for failure to comply.

Respectfully submitted,

The Drummond Law Firm

/s/ Robert J. Drummond
Robert J. Drummond

The Drummond Law Firm
Midway Office
5722 West 63rd Street
Chicago, Illinois  60638
(773) 838-8100
Attorney No. 42539

James T. Foley                                    s/ James T. Foley
The Foley Law Group,LLC.
580 Oakmont Lane
Westmont, Illinois 60559
(630) 908-3508
(630) 908-3509