# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

March 30, 2009

By the Court:

| | |
|---|---|
| No.: 09-1020 | BRUCE CASANOVA, <br> Plaintiff - Appellee <br><br> v. <br><br> AMERICAN AIRLINES, INCORPORATED, <br> Defendant - Appellant |

| Originating Case Information: |
|---|
| District Court No: 1:06-cv-04762 <br> Northern District of Illinois, Eastern Division <br> District Judge Ronald A. Guzman |

   Upon consideration of the AMERICAN AIRLINE'S MOTION FOR LEAVE TO TEMPORARILY WITHDRAW APPELLANT'S BRIEF AND COPIES TO INSERT MISSING TABLE OF CONTENTS,, filed by Appellant American Airlines, Incorporated, on March 27, 2009,

   IT IS ORDERED that the motion is GRANTED.  A representative of the appellant's counsel will be permitted to withdraw the brief and filed copies, and under the supervision of the clerk of this court, to insert the table of contents for the required short appendix.   No other changes will be permitted.

form name: c7_Order_BTC (form ID: 178)