**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Bruce Casanova, | ) | Case No.   06 C 4762 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge Ronald Guzman |
| | ) | Magistrate Judge Geraldine Soat Brown |
| American Airlines, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

Pursuant to Local Rule 58.1, kindly mark the judgment entered against Plaintiff Bruce Casanova in the above captioned case satisfied in full.

Respectfully submitted,

 /s/Kimball Anderson

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
*Attorney for Judgment Creditor*
*American Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for American Airlines, Inc., hereby certifies that a true and correct copy of the foregoing SATISFACTION OF JUDGMENT was served via United States Postal Service, Certified Mail, on April 19, 2011 to:

James T. Foley
The Foley Law Group
580 Oakmont Lane
Westmont, Illinois  60559
jfoley@foleylawgroup.com

Robert Drummond
5722 W. 63rd Street
Chicago, Illinois 60638
drummondlaw@comcast.net


__/s/ Kimball R. Anderson__
Kimball R. Anderson